# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re:<br>**Brandy Marie Green,**<br>**SSN# (xxx-xx-6851)**<br>**aka Brandy M Green, Brandy Green,**<br><br><br><br><br><br><br>**602 Westmoreland Road**<br>**Columbia, SC 29229**<br>                  Debtor(s), | Case No.:   **19-04823**<br>Chapter:    13<br><br>MOTION TO EXTEND TIME FOR FILING OF SCHEDULES A-J STATEMENT OF FINANCIAL AFFAIRS, STATEMENT OF INCREASE/ DECREASE, STATEMENT OF CURRENT MONTHLY INCOME/DISPOSABLE INCOME AND CHAPTER 13 PLAN, COPIES OF PAYMENT ADVICES |

     The debtor(s), by and through their attorney make the following request for an extension of time to file the required Schedules A-J, Statement of Financial Affairs, Statement of Increase/Decrease, Statement of Current Monthly Income/Disposable Income, Chapter 13 Plan and Copies of Payment Advices under the above captioned Chapter 13 bankruptcy.

     At the present time the debtor(s) have not been able to provide all necessary information to complete the remaining required schedules, statements and chapter 13 plan. We respectfully ask the court to extend the time to file the required Schedules A-J, Statement of Financial Affairs, Statement of Increase/decrease, Statement of Current Monthly Income/Disposable Income, Chapter 13 Plan by (14) days in order for the client to sign the required documents.

     Based on the foregoing, the debtor(s) move for a (14) day extension of time required to file Schedules A-J, Statement of Financial Affairs, Statement of Increase/decrease, Statement of Current Monthly Income/Disposable Income Chapter 13 Plan, and copies of payment advices.

     Each of the undersigned acknowledges that each has read and understands Bankruptcy rule 9011.

                                                                         Respectfully submitted.

                                                                        By: /s/ Jason T. Moss
                                                                        Attorney for the Debtor
                                                                        Jason T. Moss
                                                                        Federal I.D. No. 7240
                                                                        Moss and Associates, Attorneys P.A.
                                                                        816 Elmwood Avenue
                                                                        Columbia, South Carolina 29201
                                                                        (803) 933-0202

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: )<br>**Brandy Marie Green,** )<br>**SSN# (xxx-xx-6851)** )<br>**aka Brandy M Green, Brandy Green,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>**602 Westmoreland Road** )<br>**Columbia, SC 29229** )<br>)<br>)<br>Debtor(s), )<br>) | Case No.:   **19-04823**<br>Chapter:   13<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I, Roger K. Pruitt, hereby certify that a copy of the *Motion to Extend Time for Filing of Schedules A-J, Statement of Financial Affairs, Statement of Increase/Decrease, Statement of Current Monthly Income/Disposable Income, Chapter 13 Plan and copies of payment advices* was served upon the Trustee and the Creditors listed below by placing the same in the United States Mail with sufficient postage attached thereto at the addresses listed.

This 25th day of September, 2019

By: /s/ Roger K. Pruitt
Roger K. Pruitt
Bankruptcy Paralegal
Moss and Associates, Attorneys P.A.
816 Elmwood Avenue
Columbia, South Carolina 29201

William K Stephenson, Jr., via (CM/ECF)
Chapter 13 Trustee
PO Box 8477
Columbia, SC 29202

Region 4 US Trustee CM/ECF
1201 Main Street, Suite 2440
Columbia, SC 29201

SEE ATTACHED LIST

```
Label Matrix for local noticing      ALBERTELLI LAW                         AMERICAN CORADIUS INTERNATIONAL
0420-3                                1201 MAIN STREET, STE 1450             2420 SWEET HOME ROAD, SUITE 150
Case 19-04823-jw                      Columbia SC 29201-3270                 Buffalo NY 14228-2244
District of South Carolina
Columbia
Wed Sep 25 12:33:50 EDT 2019

ATTORNEY GENERAL OF UNITED STATES     Ashley Funding Services, LLC           CAPITAL ONE
950 PENNSYLVANIA AVE, NW              Resurgent Capital Services             PO BOX 71083
Washington DC 20530-0001              PO Box 10587                           Charlotte NC 28272-1083
                                      Greenville, SC 29603-0587


CAPITAL ONE AUTO FINANCE              CAPITAL ONE AUTO FINANCE               (p)CAPITAL ONE
PO BOX 4360                           PO BOX 60511                           PO BOX 30285
Houston TX 77210-4360                 City of Industry CA 91716-0511         SALT LAKE CITY UT 84130-0285



CLARKSON AND HALE LLC                 COMENITY BANK                          CREDIT ONE BANK
PO BOX 287                            PO BOX 659704                          PO BOX 60500
Columbia SC 29202-0287                San Antonio TX 78265-9704              City of Industry CA 91716-0500



CREDIT ONE BANK                       Capital One Bank (USA), N.A.           FEDLOAN SERVICING
PO BOX 98872                          by American InfoSource as agent        PO BOX 530210
Las Vegas NV 89193-8872               PO Box 71083                           Atlanta GA 30353-0210
                                      Charlotte, NC  28272-1083


FEDLOAN SERVICING                     FINANCIAL RECOVERY SERVICES, INC.      FIRST SOURCE ADVANTAGE
PO BOX 69184                          PO BOX 385908                          PO BOX 628
Harrisburg PA 17106-9184              Minneapolis MN 55438-5908              Buffalo NY 14240-0628



Brandy Marie Green                    HOME POINT FINANCIAL                   HOME POINT FINANCIAL
602 Westmoreland Road                 11511 LUNA ROAD, SUITE 300             425 PHILLIPS BLVD
Columbia, SC 29229-6880               Dallas TX 75234-6451                   Trenton NJ 08618-1430



IRS                                   LVNV Funding, LLC                      MIDLAND FUNDING
PO BOX 7346                           Resurgent Capital Services             PO BOX 2011
Philadelphia PA 19101-7346            PO Box 10587                           Warren MI 48090-2011
                                      Greenville, SC 29603-0587


MIDLAND FUNDING, LLC                  Jason T. Moss                          NATIONAL CREDIT ADJUSTERS
PO BOX 287                            Moss & Associates, Attorneys, P.A.     PO BOX 3023
Columbia SC 29202-0287                816 Elmwood Avenue                     Hutchinson KS 67504-3023
                                      Columbia, SC 29201-2027


NAVY FEDERAL CREDIT UNION             PRA Receivables Management, LLC        QUANTUM3 GROUP
PO BOX 3000                           PO Box 41021                           PO BOX 788
Merrifield VA 22119-3000              Norfolk, VA 23541-1021                 Kirkland WA 98083-0788
```

```
Quantum3 Group LLC as agent for        RESURGENT CAPITAL                        RICHLAND COUNTY CLERK OF COURT
MOMA Trust LLC                         PO BOX 10587                             1701 MAIN STREET, #205
PO Box 788                             Greenville SC 29603-0587                 Columbia SC 29201-2819
Kirkland, WA  98083-0788


RICHLAND COUNTY MASTER IN EQUITY       RICHLAND COUNTY TREASURER                RISE CREDIT OF SOUTH CAROLINA
THE HONORABLE JUDGE JOSEPH M STRICKLAND PO BOX 2687                             327 W 4TH AVENUE
1701 MAIN STREET, ROOM 212             Columbia SC 29202-2687                   HUTCHINSON KS 67501-4842
Columbia SC 29201-2819


SC DEPT OF REVENUE                     SPEEDYRAPID CASH                         SYNCHRONY BANK
PO BOX 12265                           PO BOX 780408                            c/o Weinstein & Riley, PS
Columbia SC 29211-2265                 Wichita KS 67278-0408                    2001 Western Ave., Ste 400
                                                                                Seattle, WA 98121-3132


D. Anthony Sottile                     William K. Stephenson Jr.                Synchrony Bank
Sottile & Barile, LLC                  PO Box 8477                              c/o PRA Receivables Management, LLC
394 Wards Corner Road                  Columbia, SC 29202-8477                  PO Box 41021
Suite 180                                                                       Norfolk, VA 23541-1021
Loveland, OH 45140-8362


US Trustee's Office                    U.S. Department of Housing and Urban Develop   US ATTORNEY'S OFFICE
Strom Thurmond Federal Building        451 7th Street S.W.                      ATTN DOUG BARNETT
1835 Assembly Street                   Washington, DC 20410-0002                1441 MAIN ST STE 500
Suite 953                                                                       Columbia SC 29201-2862
Columbia, SC 29201-2448


VICTORIA SECRET                        WEINSTEIN AND RILEY, PS
PO BOX 182789                          2001 WESTERN AVENUE, STE 400
Columbus OH 43218-2789                 Seattle WA 98121-3132
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
CAPITAL ONE BANK
PO BOX 85015
Richmond VA 23285-5015
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Home Point Financial Corporation    (d)NAVY FEDERAL CREDIT UNION             End of Label Matrix
                                       PO BOX 3000                              Mailable recipients    46
                                       Merrifield VA 22119-3000                 Bypassed recipients     2
                                                                                Total                  48
```